UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCUS DESHAWNTE PARSONS,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:25-cr-00046

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, the undersigned judicial officer conducted a plea hearing in the captioned case on December 18, 2025, after receiving the written consent of defendant and all counsel.  There is no plea agreement.  At the hearing, defendant Marcus Deshawnte Parsons entered a plea of guilty to the single count in the indictment, charging him with being a felon in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

On the basis of the record made at the hearing, the undersigned finds that defendant is competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, the undersigned recommends that defendant's plea of guilty to the Indictment be accepted, that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: December 19, 2025          /s/ Phillip J. Green
                                 PHILLIP J. GREEN
                                 United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after service of this report and recommendation. See W.D. MICH. L.CR.R. 11.1(d).